Der Harrisburg Maennerchor
221 North Street
Harrisburg, PA 17101

Earnings Statement

Check Date: February 22, 2019
Period Beginning: February 04, 2019
Period Ending: February 17, 2019

Lynn Robinson        Employee Number 86            Dept 500       Voucher Number 2603
                                                                  Net Pay        570.65

| Earnings | Rate | Hours | Amount | YTD Hrs | YTD Amt |
|---|---|---|---|---|---|
| Reg | 12.00 | 46.19 | 554.28 | 124.47 | 1493.64 |
| Other | 12.00 | 8.69 | 104.28 | 45.68 | 548.16 |
| Total Gross Pay | | 54.88 | 658.56 | 170.15 | 2041.80 |

| Taxes | Status | Taxable | Amount | YTD Amt |
|---|---|---|---|---|
| Medicare | | 658.56 | 9.55 | 29.61 |
| OASDI | | 658.56 | 40.83 | 126.59 |
| PA SUI - EE | | 658.56 | 0.40 | 1.23 |
| Steelton B. | | 658.56 | 6.59 | 20.42 |
| Harrisburg C. (Dauph) | | 658.56 | 6.00 | 18.00 |
| Pennsylvania SITW | | 658.56 | 20.22 | 62.68 |
| Federal Income Tax | M/1 | 658.56 | 4.32 | 19.57 |
| Total Tax Withholding | | | 87.91 | 278.10 |

Deductions        Amount    YTD Amt
No Deductions

| Direct Deposits | Account | Amount |
|---|---|---|
| xxxx9123 | xxxxxxxx4819 | 570.65 |
| Total Direct Deposits | | 570.65 |

Benefits    Hours    Amount    YTD Hrs    YTD Amt

Accruals    Dollars

▼ REMOVE DOCUMENT ALONG THIS PERFORATION ▼

# Earnings Statement

**Der Harrisburg Maennerchor**
221 North Street
Harrisburg, PA 17101

Check Date: March 08, 2019
Period Beginning: February 18, 2019
Period Ending: March 03, 2019

**Lynn Robinson**　　Employee Number 86　　Dept 500　　Voucher Number 2623
Net Pay 354.16

| Earnings | Rate | Hours | Amount | YTD Hrs | YTD Amt |
|---|---|---|---|---|---|
| Reg | 12.00 | 34.02 | 408.24 | 158.49 | 1901.88 |
| Other | | | | 45.68 | 548.16 |
| Total Gross Pay | | 34.02 | 408.24 | 204.17 | 2450.04 |

| Taxes | Status | Taxable | Amount | YTD Amt |
|---|---|---|---|---|
| Medicare | | 408.24 | 5.92 | 35.33 |
| OASDI | | 408.24 | 25.31 | 151.90 |
| PA SUI - EE | | 408.24 | 0.24 | 1.47 |
| Steelton B. | | 408.24 | 4.08 | 24.50 |
| Harrisburg C. (Dauphi | | 408.24 | 6.00 | 24.00 |
| Pennsylvania SITW | | 408.24 | 12.53 | 75.21 |
| Federal Income Tax | M/1 | 408.24 | | 19.57 |
| **Total Tax Withholding** | | | 54.08 | 332.18 |

**Deductions**
No Deductions　　Amount　　YTD Amt

**Direct Deposits**
| | Account | Amount |
|---|---|---|
| xxxxx9123 | xxxxxxxxx4819 | 354.16 |
| **Total Direct Deposits** | | 354.16 |

**Benefits**　　Hours　Amount　YTD Hrs　YTD Amt

**Accruals**　　Dollars

▼ REMOVE DOCUMENT ALONG THIS PERFORATION ▼

221 North Street
Harrisburg, PA 17101

Check Date: March 22, 2019
Period Beginning: March 04, 2019
Period Ending: March 17, 2019

Lynn Robinson  Employee Number 86  Dept 500  Voucher Number 2641
Net Pay 317.84

| Earnings | Rate | Hours | Amount | YTD Hrs | YTD Amt |
|---|---|---|---|---|---|
| Reg | 12.00 | 30.59 | 367.08 | 189.08 | 2268.96 |
| Other | | | | 45.68 | 548.16 |
| Total Gross Pay | | 30.59 | 367.08 | 234.76 | 2817.12 |

| Taxes | Status | Taxable | Amount | YTD Amt |
|---|---|---|---|---|
| Medicare | | 367.08 | 5.32 | 40.85 |
| OASDI | | 367.08 | 22.76 | 174.66 |
| PA SUI - EE | | 367.08 | 0.22 | 1.69 |
| Steelton B. | | 367.08 | 3.67 | 28.17 |
| Harrisburg C.(Dauphi | | 367.08 | 6.00 | 30.00 |
| Pennsylvania SITW | | 367.08 | 11.27 | 86.48 |
| Federal Income Tax | M/1 | 367.08 | | 19.57 |
| Total Tax Withholding | | | 49.24 | 381.42 |

**Deductions** Amount YTD Amt
No Deductions

| Direct Deposits | Account | Amount |
|---|---|---|
| xxxxx9123 | xxxxxxxxx4819 | 317.84 |
| Total Direct Deposits | | 317.84 |

**Benefits** Hours Amount YTD Hrs YTD Amt

**Accruals** Dollars

▼ REMOVE DOCUMENT ALONG THIS PERFORATION ▼

Der Harrisburg Maennerchor
221 North Street
Harrisburg, PA 17101

Earnings S...

Check Date: April 05, 2019
Period Beginning: March 18, 2019
Period Ending: March 31, 2019

Lynn Robinson    Employee Number 86    Dept 506    Voucher Number 2659    Net Pay 384.74

| Earnings | Rate | Hours | Amount | YTD Hrs | YTD Amt |
|---|---|---|---|---|---|
| Reg | 12.00 | 36.91 | 442.92 | 225.99 | 2711.88 |
| Other | | | | 45.68 | 548.16 |
| Total Gross Pay | | 36.91 | 442.92 | 271.67 | 3260.04 |

| Taxes | Status | Taxable | Amount | YTD Amt |
|---|---|---|---|---|
| Medicare | | 442.92 | 6.42 | 47.27 |
| OASDI | | 442.92 | 27.46 | 202.12 |
| PA SUI - EE | | 442.92 | 0.27 | 1.96 |
| Steelton B. | | 442.92 | 4.43 | 32.60 |
| Harrisburg C. (Dauphi | | 442.92 | 6.00 | 36.00 |
| Pennsylvania SITW | | 442.92 | 13.60 | 100.08 |
| Federal Income Tax | M/1 | 442.92 | | 19.57 |
| Total Tax Withholding | | | 58.18 | 439.60 |

Deductions    Amount    YTD Amt
No Deductions

| Direct Deposits | Account | Amount |
|---|---|---|
| xxxx1116 | xxxxxx7246 | 384.74 |
| Total Direct Deposits | | 384.74 |

Benefits    Hours    Amount    YTD Hrs    YTD Amt      Accruals      Dollars

▼ REMOVE DOCUMENT ALONG THIS PERFORATION ▼

**Der Harrisburg Maennerchor**
221 North Street
Harrisburg, PA 17101

**Earnings Statement**

Check Date: April 19, 2019
Period Beginning: April 01, 2019
Period Ending: April 14, 2019

Lynn Robinson   Employee Number 86   Dept 500   Voucher Number 2676
Net Pay 279.61

| Earnings | Rate | Hours | Amount | YTD Hrs | YTD Amt |
|---|---|---|---|---|---|
| Reg | 12.00 | 26.98 | 323.76 | 252.97 | 3035.64 |
| Other | | | | 45.68 | 548.16 |
| Total Gross Pay | | 26.98 | 323.76 | 298.65 | 3583.80 |

| Taxes | Status | Taxable | Amount | YTD Amt |
|---|---|---|---|---|
| Medicare | | 323.76 | 4.70 | 51.97 |
| OASDI | | 323.76 | 20.08 | 222.20 |
| PA SUI - EE | | 323.76 | 0.19 | 2.15 |
| Steelton B. | | 323.76 | 3.24 | 35.84 |
| Harrisburg C. (Dauphi | | 323.76 | 6.00 | 42.00 |
| Pennsylvania SITW | | 323.76 | 9.94 | 110.02 |
| Federal Income Tax | M/1 | 323.76 | | 19.57 |
| Total Tax Witholding | | | 44.15 | 483.75 |

**Deductions**
No Deductions

Amount   YTD Amt

| Direct Deposits | Account | Amount |
|---|---|---|
| xxxxx1116 | xxxxxx7246 | 279.61 |
| Total Direct Deposits | | 279.61 |

**Benefits**   Hours   Amount   YTD Hrs   YTD Amt

**Accruals**   Dollars



# Earnings Statement

| | |
|---|---|
| Period Beginning: | 02/24/2019 |
| Period Ending: | 03/09/2019 |
| Pay Date: | 03/15/2019 |

001165
CO. FILE DEPT. CLOCK NUMBER 055
U7G 009573 009000 0091179299 1

CENTRAL MEDICAL EQUIPMENT
35 SARHELM ROAD
HARRISBURG, PA 17112

LYNN ROBINSON
744 N 2ND ST
STEELTON PA 17113

Taxable Marital Status: Married
Exemptions/Allowances:
Federal: 1
PA: N/A

### Deposits

| | |
|---|---|
| Account No. | xxxxxxxxx4819 |
| Transit/ABA | xxxx xxxx |
| Pending | |

### Earnings

| | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 16.0000 | 80.00 | 1,280.00 | 1,280.00 |
| Overtime | 24.0000 | 2.25 | 54.00 | 54.00 |
| **Gross Pay** | | | **$1,334.00** | 1,334.00 |

### Deductions

| Statutory | this period | year to date |
|---|---|---|
| Federal Income Tax | -71.86 | 71.86 |
| Social Security Tax | -82.71 | 82.71 |
| Medicare Tax | -19.34 | 19.34 |
| PA State Income Tax | -40.95 | 40.95 |
| West Hanover Income Tax | -13.34 | 13.34 |
| PA SUI/SDI Tax | -0.80 | 0.80 |
| **Net Pay** | **$1,105.00** | |
| **Net Check** | **$1,105.00** | |

### Important Notes

YOUR BANK WAS NOTIFIED OF YOUR REQUEST FOR DIRECT DEPOSIT. IT WILL BEGIN AFTER ACCOUNT VERIFICATION.

Correction: 2.25 OT Hours for 02/10/19 - 02/23/19

Your federal taxable wages this period are
$1,334.00

© 1998, 2006, ADP, LLC All Rights Reserved.

# Earnings Statement

**ADP**

| | |
|---|---|
| Period Beginning: | 03/10/2019 |
| Period Ending: | 03/23/2019 |
| Pay Date: | 03/29/2019 |

```
001859
CO.    FILE    DEPT.     CLOCK NUMBER    055
U7G   009573  009000     0091193581   1
```

CENTRAL MEDICAL EQUIPMENT
35 SARHELM ROAD
HARRISBURG, PA 17112

LYNN ROBINSON
744 N 2ND ST
STEELTON PA 17113

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 1
  PA: N/A

## Earnings

| | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 16.0000 | 79.25 | 1,268.00 | 2,548.00 |
| Overtime | 24.0000 | 7.50 | 180.00 | 234.00 |
| **Gross Pay** | | | **$1,448.00** | 2,782.00 |

## Deductions

| Statutory | this period | year to date |
|---|---|---|
| Federal Income Tax | -85.00 | 156.86 |
| Social Security Tax | -89.77 | 172.48 |
| Medicare Tax | -21.00 | 40.34 |
| PA State Income Tax | -44.45 | 85.40 |
| West Hanover Income Tax | -14.48 | 27.82 |
| PA SUI/SDI Tax | -0.87 | 1.67 |
| **Net Pay** | **$1,192.43** | |
| **Net Check** | **$1,192.43** | |

## Other Benefits and Information

| | this period | total to date |
|---|---|---|
| Sick Balance | | 1.54 |
| Vac Balance | | 3.08 |

## Deposits

| | |
|---|---|
| Account No. | xxxxxx7246 |
| Transit/ABA | xxxx xxxx |
| Pending | |

### Important Notes
YOUR BANK WAS NOTIFIED OF YOUR REQUEST FOR DIREC
DEPOSIT. IT WILL BEGIN AFTER ACCOUNT VERIFICATION.

Correction: 7.50 OT Hours for 02/24/19 - 03/09/19

Your federal taxable wages this period are
$1,448.00

|||| |

CO. FILE DEPT. CLOCK VCHR. NO. 055
U7G 009573 009000        0000150029  1

# Earnings Statement

**ADP**

CENTRAL MEDICAL EQUIPMENT
35 S ARHELM ROAD
HARRISBURG, PA 17112

Period Beginning: 03/24/2019
Period Ending:    04/06/2019
Pay Date:         04/12/2019

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 1
  PA:      N/A

LYNN ROBINSON
744 N 2ND ST
STEELTON PA 17113

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 16.0000 | 80.00 | 1,280.00 | 3,828.00 |
| Overtime | 24.0000 | 5.25 | 126.00 | 360.00 |
| Gross Pay | | | $1,406.00 | 4,188.00 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Sick Balance | 3.08 | |
| Vac Balance | 6.16 | |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -79.96 | 236.82 |
| | Social Security Tax | -87.18 | 259.66 |
| | Medicare Tax | -20.39 | 60.73 |
| | PA State Income Tax | -43.16 | 128.56 |
| | West Hanover Income Tax | -14.06 | 41.88 |
| | PA SUI/SDI Tax | -0.84 | 2.51 |
| | Net Pay | $1,160.41 | |
| | Checking 1 | -1,160.41 | |
| | Net Check | $0.00 | |

Correction: 5.25 OT Hours for 03/10/19 - 03/23/19

Your federal taxable wages this period are
$1,406.00

U7G 009573 009000    0000170028  1

CENTRAL MEDICAL EQUIPMENT
35 S ARHELM ROAD
HARRISBURG, PA 17112

# Earnings Statement

**ADP**

Period Beginning:  04/07/2019
Period Ending:     04/20/2019
Pay Date:          04/26/2019

Taxable Marital Status:  Married
Exemptions/Allowances:
   Federal:   1
   PA:        N/A

LYNN ROBINSON
744 N 2ND ST
STEELTON PA 17113

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 16.0000 | 80.00 | 1,280.00 | 5,108.00 |
| Overtime | 24.0000 | 9.25 | 222.00 | 582.00 |
| Gross Pay | | | $1,502.00 | 5,690.00 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Sick Balance | 4.62 | |
| Vac Balance | 9.24 | |

| Deductions | | | |
|---|---|---|---|
| **Statutory** | | | |
| Federal Income Tax | -84.27 | 321.09 | |
| Social Security Tax | -93.12 | 352.78 | |
| Medicare Tax | -21.78 | 82.51 | |
| PA State Income Tax | -46.11 | 174.67 | |
| West Hanover Income Tax | -15.02 | 56.90 | |
| PA SUI/SDI Tax | -0.90 | 3.41 | |
| **Other** | | | |
| Adp401K$ | -60.08* | 60.08 | |
| **Net Pay** | **$1,180.72** | | |
| Checking 1 | -1,180.72 | | |
| **Net Check** | **$0.00** | | |

Correction: 9.25 OT Hours for 03/24/19 - 04/06/19

\* Excluded from federal taxable wages

Your federal taxable wages this period are $1,441.92

© 1998, 2006. ADP, LLC All Rights Reserved.
© 2000 ADP, LLC
TEAR HERE