Rev. 12/01/17

# LOCAL BANKRUPTCY FORM 2016-2(c)

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:
Lynn L. Robinson
: CHAPTER 13
:
: CASE NO. 1 - 19 -bk- 02077
:
:
**Debtor(s)** :

## REQUEST FOR PAYMENT OF CHAPTER 13 COMPENSATION AND EXPENSES

**Instructions:** Complete **Part A** for payment of the presumptively reasonable fee, as described in L.B.R. 2016-2(c), reimbursement of expenses to be paid through a Chapter 13 plan. Complete **Part B** for payment of compensation and reimbursement of expenses to be allowed under a separate application and Court order. Complete **Part C** for all requests for payment of compensation and reimbursement of expenses.

| | |
|---|---|
| **A.** Presumptively reasonable fees under L.B.R. 2016-2(c)<br>1. Amount agreed to by debtor<br>2. Less amount paid to attorney outside of plan distributions<br>3. Balance of compensation to be paid through plan distributions<br>4. Expenses advanced to be paid through plan distributions: (describe expense and amount) | $ 4,000.00<br>$ 0.00<br>$ 4,000.00<br>$ 0.00 |
| **B.** Compensation and reimbursement of expenses allowed upon application and order under LBR 2016-2(a)<br>1. Compensation and expenses to be approved by the Court<br>2. Less amounts paid to attorney outside of plan distributions<br>3. Balance of compensation and expenses to be paid through plan distributions | $ 0.00<br>$ 0.00<br>$ 0.00 |
| **C.** The undersigned hereby requests payment through the plan for compensation and reimbursement of expenses under 11 U.S.C. § 503(b)(2) in the following amount based on the information above: | $ 4,000.00 |

Dated: 06/06/2019

/s/ John M. Hyams
_____
Attorney for Debtor