IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| Lynn L. Robinson | : | |
| | : | CASE NO: 1:18-bk-02077-HWV |
| Debtor | : | |

## CERTIFICATE OF SERVICE

    I, John M. Hyams, hereby certify that on June 6, 2019 a true and correct copy of the foregoing Chapter 13 Plan was served by electronic means and/or first-class mail, postage prepaid on the following:

American Honda Finance Corporation
National Bankruptcy Center
P.O. Box 168088
Irving, TX 75016-8088


                                              LAW OFFICES OF JOHN M. HYAMS

                                        By:   /s/ John M. Hyams
                                                  John M. Hyams
                                                  2023 North 2nd Street
                                                  Harrisburg, PA 17102
                                                  (717) 520-0300
                                                  Attorney for Debtor