Certificate Number: 06531-PAM-DE-032942881

Bankruptcy Case Number: 19-02077



06531-PAM-DE-032942881

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 10, 2019, at 8:32 o'clock AM CDT, Lynn L Robinson completed a course on personal financial management given by internet by Allen Credit and Debt Counseling Agency, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: June 10, 2019

By: /s/Stephanie Kjetland

Name: Stephanie Kjetland

Title: Credit Counselor