```
                             United States Bankruptcy Court
                             Middle District of Pennsylvania
In re:                                                            Case No. 19-02077-HWV
Lynn L. Robinson                                                  Chapter 13
                Debtor                   CERTIFICATE OF NOTICE
District/off: 0314-1        User: KADavis              Page 1 of 2           Date Rcvd: Jul 29, 2019
                            Form ID: ntcnfhrg          Total Noticed: 31
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 31, 2019.
```
db           +Lynn L. Robinson,    744 N. 2nd St.,    Steelton, PA 17113-2107
5198167      +Barclays Bank Delaware,    Attn: Correspondence,    Po Box 8801,    Wilmington, DE 19899-8801
5198180      +Bureau of Employer Tax Operations,    PO Box 68568,    Harrisburg, PA 17106-8568
5198170      +Capital One/Neiman Marcus/Bergdorf Goodm,    Attn: Bankruptcy Dept,    Po Box 30285,
               Salt Lake City, UT 84130-0285
5198171      +Carrington Mortgage Services,    Attn: Bankruptcy,    Po Box 3730,    Anaheim, CA 92803-3730
5220750      +Carrington Mortgage Services, LLC,    1600 South Douglass Road,    Anaheim, CA 92806-5951
5198172      +Citicards Cbna,    Citi Bank,    Po Box 6077,    Sioux Falls, SD 57117-6077
5198175       Northstar Location Services, LLC,    4285 Genesee St.,    Cheektowaga, NY 14225-1943
5198182      +Office of Attorney General,    Financial Enforcement,    Section, Stra,
               Harrisburg, PA 17120-0001
5198183      +U.S. Department of Justice,    PO Box 227, Ben Franklin Station,    Washington, DC 20044-0227
5198174     ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court: Elan Financial Service,     Attn: Bankruptcy,    4801 Frederica Street,
               Owensboro, KY 42301)
5198185       United States Attorney,    PO Box 11754,    Harrisburg, PA 17108-1754
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr            E-mail/Text: ebnbankruptcy@ahm.honda.com Jul 29 2019 19:46:53
               American Honda Finance Corporation,    3625 W. Royal Lane #200,    Irving, TX  75063,
               UNITED STATES
cr           +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 29 2019 19:57:59
               PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5198166       E-mail/Text: ebnbankruptcy@ahm.honda.com Jul 29 2019 19:46:53     American Honda Finance,
               Attn: Bankruptcy,    Po Box 168088,    Irving, TX 75016
5201900       E-mail/Text: ebnbankruptcy@ahm.honda.com Jul 29 2019 19:46:53
               American Honda Finance Corporation,    National Bankruptcy Center,    P.O. Box 168088,
               Irving, TX 75016-8088
5198168       E-mail/Text: bankruptcy@bbandt.com Jul 29 2019 19:46:23     Bb&T,    Attn: Bankruptcy,
               Po Box 1847,    Wilson, NC 27894
5198169      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 29 2019 19:57:56      Capital One,
               Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
5218004       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 29 2019 19:57:56
               Capital One Bank (USA), N.A.,    by American InfoSource as agent,    PO Box 71083,
               Charlotte, NC  28272-1083
5198173       E-mail/Text: mrdiscen@discover.com Jul 29 2019 19:45:32     Discover Financial,
               Attn: Bankruptcy Department,    Po Box 15316,    Wilmington, DE 19850
5200759       E-mail/Text: mrdiscen@discover.com Jul 29 2019 19:45:32     Discover Bank,
               Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
5198181       E-mail/Text: cio.bncmail@irs.gov Jul 29 2019 19:46:20     Internal Revenue Service,
               PO Box 7346,    Philadelphia, PA 19101-7346
5224194       E-mail/PDF: resurgentbknotifications@resurgent.com Jul 29 2019 19:58:03      LVNV Funding, LLC,
               Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
5198184       E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 29 2019 19:46:41      PA Department of Revenue,
               Department 280946, Attn:Bankruptcy,    Harrisburg, PA 17128-0946
5225742       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 29 2019 20:10:02
               Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
5225227       E-mail/PDF: resurgentbknotifications@resurgent.com Jul 29 2019 19:58:21
               Pinnacle Credit Services, LLC,    Resurgent Capital Services,    PO Box 10587,
               Greenville, SC 29603-0587
5199235      +E-mail/PDF: gecsedi@recoverycorp.com Jul 29 2019 19:58:13      Synchrony Bank,
               c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5198176      +E-mail/PDF: gecsedi@recoverycorp.com Jul 29 2019 19:58:12      Synchrony Bank/Amazon,
               Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
5198177      +E-mail/PDF: gecsedi@recoverycorp.com Jul 29 2019 19:58:12      Synchrony Bank/Lowes,
               Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
5198178      +E-mail/PDF: gecsedi@recoverycorp.com Jul 29 2019 19:57:54      Synchrony Bank/TJX,
               Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
5198179      +E-mail/PDF: gecsedi@recoverycorp.com Jul 29 2019 19:58:12      Synchrony Bank/Walmart,
               Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
                                                                                               TOTAL: 19

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5224184*     +Synchrony Bank,    c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk VA 23541-1021
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 31, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 29, 2019 at the address(es) listed below:
          Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
          James Warmbrodt    on behalf of Creditor    Deutsche Bank National Trust Company, as Indenture
           Trustee, for New Century Home Equity Loan Trust 2004-4 bkgroup@kmllawgroup.com
          John Matthew Hyams    on behalf of Debtor 1 Lynn L. Robinson jmh@johnhyamslaw.com,
           acb@johnhyamslaw.com,kef@johnhyamslaw.com;hyamsjr90415@notify.bestcase.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
          William E. Craig    on behalf of Creditor    American Honda Finance Corporation
           ecfmail@mortoncraig.com,   mortoncraigecf@gmail.com
                                                                                           TOTAL: 5
```

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT** <br> MIDDLE DISTRICT OF PENNSYLVANIA | |
| In re: | |
| Lynn L. Robinson, <br> fka Lynn L. Becker, | Chapter 13 |
| **Debtor 1** | Case No. 1:19−bk−02077−HWV |

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**September 4, 2019** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| | |
|---|---|
| United States Bankruptcy Court <br> Ronald Reagan Federal Building, <br> Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, <br> Harrisburg, PA 17101 | Date: September 11, 2019 <br><br> Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:** <br> U.S. Bankruptcy Court <br> Ronald Reagan Federal Building <br> 228 Walnut St, Rm 320 <br> Harrisburg, PA 17101−1737 <br> (717) 901−2800 | **For the Court:** <br> Terrence S. Miller <br> Clerk of the Bankruptcy Court: <br> By: KADavis, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: July 29, 2019 |

ntcnfhrg (03/18)