UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: LYNN L. ROBINSON f/k/a | : | CHAPTER 13 |
| LYNN L. BECKER | : | |
| Debtor(s) | : | |
| | : | |
| CHARLES J. DEHART, III | : | |
| STANDING CHAPTER 13 TRUSTEE | : | |
| Movant | : | |
| | : | |
| vs. | : | |
| | : | |
| LYNN L. ROBINSON and | : | |
| LYNN L. BECKER | : | |
| Respondent(s) | : | CASE NO.   1-19-bk-02077 |

## OBJECTION TO DEBTOR'S EXEMPTIONS

AND NOW, this   25th   day July, 2019, comes Charles J. DeHart, III, Standing Chapter 13 Trustee, and objects to the debtor's exemptions for the following reason(s):

1.  Trustee objects to debtor's exemption of assets claimed under 11 U.S.E. §522(d)(11).   (744 N. 2nd Street is residence)

WHEREFORE, Trustee requests Your Honorable Court to sustain Trustee's Objection to Debtor's Exemptions.

        Respectfully submitted,

        Charles J. DeHart, III
        Standing Chapter 13 Trustee
        8125 Adams Drive, Suite A
        Hummelstown, PA   17036
        (717)566-6097

BY:    /s/James K. Jones
        Attorney for Trustee

CERTIFICATE OF SERVICE

       AND NOW, this 12th day August, 2019, I hereby certify that I have served the within Objection by electronically notifying parties or depositing a true and correct copy of the same in the United States Mail at Harrisburg, Pennsylvania, postage prepaid, first class mail, addressed to the following:

John Hyams, Esquire
2023 N. 2nd Street, Suite 203
Harrisburg, PA   17102

                                                              /s/Deborah A. Behney
                                                              Office of Charles J. DeHart, III
                                                              Standing Chapter 13 Trustee