UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: LYNN L. ROBINSON f/k/a<br>LYNN L. BECKER<br>Debtor(s) | : | CHAPTER 13 |
| CHARLES J. DEHART, III<br>STANDING CHAPTER 13 TRUSTEE | : | |
| vs. | : | |
| LYNN L. ROBINSON f/k/a<br>LYNN L. BECKER<br>Respondent(s) | : | OBJECTION TO EXEMPTIONS<br>CASE NO. 1-19-bk-02077-HWV |

## ORDER

Upon consideration of the Trustee's Objection to Debtor's Exemptions,

IT IS HEREBY ORDERED that the Trustee's Objection to Exemptions is sustained.