```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
```

In re:                                                              Case No. 19−02077−HWV
Lynn L. Robinson                                                    Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0314−1          User: DGeorge            Page 1 of 1              Date Rcvd: Aug 13, 2019
                              Form ID: ntpasnh         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 15, 2019.
db             +Lynn L. Robinson,   744 N. 2nd St.,   Steelton, PA 17113−2107

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation−compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 15, 2019                               Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 13, 2019 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James   Warmbrodt    on behalf of Creditor   Deutsche Bank National Trust Company, as Indenture
               Trustee, for New Century Home Equity Loan Trust 2004−4 bkgroup@kmllawgroup.com
              John Matthew Hyams    on behalf of Debtor 1 Lynn L. Robinson jmh@johnhyamslaw.com,
               acb@johnhyamslaw.com,kef@johnhyamslaw.com;hyamsjr90415@notify.bestcase.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              William E. Craig    on behalf of Creditor   American Honda Finance Corporation
               ecfmail@mortoncraig.com,   mortoncraigecf@gmail.com
                                                                                             TOTAL: 5

| UNITED STATES BANKRUPTCY COURT |
| --- |
| MIDDLE DISTRICT OF PENNSYLVANIA |

In re:

Lynn L. Robinson
fka Lynn L. Becker

**Debtor 1**

Chapter: 13

Case number: 1:19−bk−02077−HWV

Document Number: 30

Matter: Trustee's Objection to Claim of Exemptions

Charles J. DeHart, III, Trustee
**Movant(s)**

vs.

Lynn L. Robinson
fka Lynn L. Becker
**Respondent(s)**

## Notice

NOTICE OF OPPORTUNITY TO OBJECT AND HEARING: Pursuant to Local Rule 2002−1(a), the Court will consider this motion, objection, or other matter without further notice or hearing unless a party in interest files an objection/response on or before **September 3, 2019**. If you object to the relief requested, you must file your objection/response with the Clerk of Court and serve a copy on the movant and movant's attorney, if one is designated.

If you file and serve an objection/response within the time permitted, the Court may schedule a hearing and you will be notified. If you do not file an objection within the time permitted the Court will deem the motion unopposed and proceed to consider the motion without further notice or hearing, and may grant the relief requested.

**Address of the Bankruptcy Clerk's Office:**
U.S. Bankruptcy Court
Ronald Reagan Federal Building
228 Walnut St, Rm 320
Harrisburg, PA 17101−1737
(717) 901−2800

**For the Court:**
Terrence S. Miller
Clerk of the Bankruptcy Court:
By: DGeorge, Deputy Clerk

Hours Open: Monday − Friday 9:00 AM − 4:00 PM

Date: August 13, 2019

ntpasnh(05/18)