## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: LYNN L ROBINSON

CASE NO: 19-02077

**DECLARATION OF MAILING**
**CERTIFICATE OF SERVICE**

Chapter: 13

---

On 9/9/2019, I did cause a copy of the following documents, described below,

1st Amended Plan

Notice

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 9/9/2019

/s/ John M. Hyams
John M. Hyams  87327PA
Law Offices of John M. Hyams
2023 N. 2nd St.
Harrisburg, PA  17102
717 520 0300

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:  LYNN L ROBINSON

CASE NO: 19-02077

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 13

On 9/9/2019, a copy of the following documents, described below,

1st Amended Plan

Notice

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document (s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 9/9/2019

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
John M. Hyams
Law Offices of John M. Hyams
2023 N. 2nd St.
Harrisburg, PA  17102

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

CASE INFO
 LABEL MATRIX FOR LOCAL NOTICING
03141
CASE 1-19-BK-02077-HWV
MIDDLE DISTRICT OF PENNSYLVANIA
HARRISBURG
MON SEP 9 12-53-40 EDT 2019

AMERICAN HONDA FINANCE
P O BOX 168088
IRVING TX 75016-8088

BARCLAYS BANK DELAWARE
ATTN CORRESPONDENCE
PO BOX 8801
WILMINGTON DE 19899-8801

BB AND T
PO BOX 1847
WILSON NC 27894-1847

BUREAU OF EMPLOYER TAX OPERATIONS
PO BOX 68568
HARRISBURG PA 17106-8568

CAPITAL ONE
ATTN BANKRUPTCY
PO BOX 30285
SALT LAKE CITY UT 84130-0285

CAPITAL ONE BANK USA NA
BY AMERICAN INFOSOURCE AS AGENT
PO BOX 71083
CHARLOTTE NC 28272-1083

CAPITAL ONENEIMAN MARCUSBERGDORF GOODM
ATTN BANKRUPTCY DEPT
PO BOX 30285
SALT LAKE CITY UT 84130-0285

CARRINGTON MORTGAGE SERVICES
ATTN BANKRUPTCY
PO BOX 3730
ANAHEIM CA 92803-3730

CARRINGTON MORTGAGE SERVICES LLC
1600 SOUTH DOUGLASS ROAD
ANAHEIM CA 92806-5951

CITICARDS CBNA
CITI BANK
PO BOX 6077
SIOUX FALLS SD 57117-6077

WILLIAM E CRAIG
MORTON  CRAIG LLC
110 MARTER AVENUE SUITE 301
MOORESTOWN NJ 08057-3125

CHARLES J DEHART III TRUSTEE
8125 ADAMS DRIVE SUITE A
HUMMELSTOWN PA 17036-8625

DISCOVER BANK
DISCOVER PRODUCTS INC
PO BOX 3025
NEW ALBANY OH 43054-3025

DISCOVER FINANCIAL SERVICES LLC
PO BOX 3025
NEW ALBANY OH 43054-3025

US BANK
PO BOX 5229
CINCINNATI OH 45201-5229

~~EXCLUDE~~
~~JOHN MATTHEW HYAMS~~
~~LAW OFFICES OF JOHN M HYAMS~~
~~2023 N 2ND ST~~
~~HARRISBURG PA 17102-2151~~

INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA PA 19101-7346

LVNV FUNDING LLC
RESURGENT CAPITAL SERVICES
PO BOX 10587
GREENVILLE SC 29603-0587

NORTHSTAR LOCATION SERVICES LLC
4285 GENESEE ST
CHEEKTOWAGA NY 14225-1943

OFFICE OF ATTORNEY GENERAL
FINANCIAL ENFORCEMENT
SECTION STRA
HARRISBURG PA 17120-0001

PA DEPARTMENT OF REVENUE
DEPARTMENT 280946 ATTNBANKRUPTCY
HARRISBURG PA 17128-0946

PRA RECEIVABLES MANAGEMENT LLC
PO BOX 41021
NORFOLK VA 23541-1021

PINNACLE CREDIT SERVICES LLC
RESURGENT CAPITAL SERVICES
PO BOX 10587
GREENVILLE SC 29603-0587

PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

~~EXCLUDE~~
~~LYNN L ROBINSON~~
~~744 N 2ND ST~~
~~STEELTON PA 17113-2107~~

SYNCHRONY BANK
CO PRA RECEIVABLES MANAGEMENT LLC
PO BOX 41021
NORFOLK VA 23541-1021

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

SYNCHRONY BANKAMAZON
ATTN BANKRUPTCY
PO BOX 965060
ORLANDO FL 32896-5060

SYNCHRONY BANKLOWES
ATTN BANKRUPTCY
PO BOX 965060
ORLANDO FL 32896-5060

SYNCHRONY BANKTJX
ATTN BANKRUPTCY
PO BOX 965060
ORLANDO FL 32896-5060

SYNCHRONY BANKWALMART
ATTN BANKRUPTCY
PO BOX 965060
ORLANDO FL 32896-5060

US DEPARTMENT OF JUSTICE
PO BOX 227 BEN FRANKLIN STATION
WASHINGTON DC 20044-0227

UNITED STATES ATTORNEY
PO BOX 11754
HARRISBURG PA 17108-1754

EXCLUDE
UNITED STATES TRUSTEE
228 WALNUT STREET SUITE 1190
HARRISBURG PA 17101-1722

JAMES WARMBRODT
701 MARKET STREET SUITE 5000
PHILADEPHIA PA 19106-1541