UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| IN RE: LYNN L ROBINSON | CASE NO: 19-02077 |
|---|---|
| | **DECLARATION OF MAILING CERTIFICATE OF SERVICE** |
| | Chapter: 13 |

On 11/12/2019, I did cause a copy of the following documents, described below,

2nd Amended Plan

Notice

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 11/12/2019

/s/ John M. Hyams
John M. Hyams  87327PA
Law Offices of John M. Hyams
2023 N. 2nd St.
Harrisburg, PA  17102
717 520 0300

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: LYNN L ROBINSON

CASE NO: 19-02077

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 13

On 11/12/2019, a copy of the following documents, described below,

2nd Amended Plan

Notice

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 11/12/2019

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
John M. Hyams
Law Offices of John M. Hyams
2023 N. 2nd St.
Harrisburg, PA 17102

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

```
CASE INFO                              AMERICAN HONDA FINANCE                 BARCLAYS BANK DELAWARE
 LABEL MATRIX FOR LOCAL NOTICING       P O BOX 168088                         ATTN CORRESPONDENCE
03141                                  IRVING TX 75016-8088                   PO BOX 8801
CASE 1-19-BK-02077-HWV                                                        WILMINGTON DE 19899-8801
MIDDLE DISTRICT OF PENNSYLVANIA
HARRISBURG
TUE NOV 12 13-40-07 EST 2019


BB AND T                               BUREAU OF EMPLOYER TAX OPERATIONS      CAPITAL ONE
PO BOX 1847                            PO BOX 68568                           ATTN BANKRUPTCY
WILSON NC 27894-1847                   HARRISBURG PA 17106-8568               PO BOX 30285
                                                                              SALT LAKE CITY UT 84130-0285


CAPITAL ONE BANK USA NA                CAPITAL ONENEIMAN MARCUSBERGDORF GOODM CARRINGTON MORTGAGE SERVICES
BY AMERICAN INFOSOURCE AS AGENT        ATTN BANKRUPTCY DEPT                   ATTN BANKRUPTCY
PO BOX 71083                           PO BOX 30285                           PO BOX 3730
CHARLOTTE NC 28272-1083                SALT LAKE CITY UT 84130-0285           ANAHEIM CA 92803-3730


CARRINGTON MORTGAGE SERVICES LLC       CITICARDS CBNA                         WILLIAM E CRAIG
1600 SOUTH DOUGLASS ROAD               CITI BANK                              MORTON   CRAIG LLC
ANAHEIM CA 92806-5951                  PO BOX 6077                            110 MARTER AVENUE SUITE 301
                                       SIOUX FALLS SD 57117-6077              MOORESTOWN NJ 08057-3125


CHARLES J DEHART III TRUSTEE           DISCOVER BANK                          DISCOVER FINANCIAL SERVICES LLC
8125 ADAMS DRIVE SUITE A               DISCOVER PRODUCTS INC                  PO BOX 3025
HUMMELSTOWN PA 17036-8625              PO BOX 3025                            NEW ALBANY OH 43054-3025
                                       NEW ALBANY OH 43054-3025


US BANK                                EXCLUDE                                INTERNAL REVENUE SERVICE
PO BOX 5229                            JOHN MATTHEW HYAMS                     PO BOX 7346
CINCINNATI OH 45201-5229               LAW OFFICES OF JOHN M HYAMS            PHILADELPHIA PA 19101-7346
                                       2023 N 2ND ST
                                       HARRISBURG PA 17102-2151


LVNV FUNDING LLC                       NORTHSTAR LOCATION SERVICES LLC        OFFICE OF ATTORNEY GENERAL
RESURGENT CAPITAL SERVICES             4285 GENESEE ST                        FINANCIAL ENFORCEMENT
PO BOX 10587                           CHEEKTOWAGA NY 14225-1943              SECTION STRA
GREENVILLE SC 29603-0587                                                      HARRISBURG PA 17120-0001


PA DEPARTMENT OF REVENUE               PRA RECEIVABLES MANAGEMENT LLC         PINNACLE CREDIT SERVICES LLC
DEPARTMENT 280946 ATTNBANKRUPTCY       PO BOX 41021                           RESURGENT CAPITAL SERVICES
HARRISBURG PA 17128-0946               NORFOLK VA 23541-1021                  PO BOX 10587
                                                                              GREENVILLE SC 29603-0587


PORTFOLIO RECOVERY ASSOCIATES LLC      EXCLUDE                                SYNCHRONY BANK
PO BOX 41067                           LYNN L ROBINSON                        CO PRA RECEIVABLES MANAGEMENT LLC
NORFOLK VA 23541-1067                  744 N 2ND ST                           PO BOX 41021
                                       STEELTON PA 17113-2107                 NORFOLK VA 23541-1021
```

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

SYNCHRONY BANKAMAZON
ATTN BANKRUPTCY
PO BOX 965060
ORLANDO FL 32896-5060

SYNCHRONY BANKLOWES
ATTN BANKRUPTCY
PO BOX 965060
ORLANDO FL 32896-5060

SYNCHRONY BANKTJX
ATTN BANKRUPTCY
PO BOX 965060
ORLANDO FL 32896-5060

SYNCHRONY BANKWALMART
ATTN BANKRUPTCY
PO BOX 965060
ORLANDO FL 32896-5060

US DEPARTMENT OF JUSTICE
PO BOX 227 BEN FRANKLIN STATION
WASHINGTON DC 20044-0227

UNITED STATES ATTORNEY
PO BOX 11754
HARRISBURG PA 17108-1754

~~EXCLUDE~~

~~UNITED STATES TRUSTEE~~
~~228 WALNUT STREET SUITE 1190~~
~~HARRISBURG PA 17101-1722~~

JAMES WARMBRODT
701 MARKET STREET SUITE 5000
PHILADEPHIA PA 19106-1541