UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

Re:

    LYNN L. ROBINSON                            Case No.: 1-19-02077-HWV
                                                                         Chapter 13

    Debtor(s)

## NOTICE OF FINAL CURE PAYMENT

Pursuant to the Fed. Bankr. Rule 3002.1(f), the Trustee gives Notice that the amount required to cure the pre-petition default in the below claim has been paid in full and the Debtor(s) have completed all payments under the plan.

**PART 1:**                       **MORTGAGE INFORMATION**

| | |
|---|---|
| Creditor Name: | CARRINGTON MORTGAGE SERVICES, LLC |
| Court Claim Number: | 08 |
| Last Four of Loan Number: | 0655/PRE ARREARS/744 NORTH 2ND ST |
| Property Address if applicable: | 744 N. 2ND ST., , STEELTON, PA17113 |

**PART 2:**                       **CURE AMOUNT**

TOTAL CURE DISBURSEMENT MADE BY THE TRUSTEE

| | | |
|---|---|---|
| a. | Allowed prepetition arrearages: | $1,160.91 |
| b. | Prepetition arrearages paid by the Trustee: | $1,160.91 |
| c. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c): | $0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c) and paid by the Trustee: | $0.00 |
| e. | Allowed postpetition arrearage: | $0.00 |
| f. | Postpetition arrearages paid by the Trustee: | $0.00 |
| g. | Total b, d, f: | $1,160.91 |

**PART 3:**                       **POST PETITION MORTGAGE PAYMENT**

Paid direct by the Debtor(s)

Current Monthly Mortgage Payment: $0.00

Next postpetition payment due:

If known, Principal Balance Outstanding: UNKNOWN

**PART 4:**                       **A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)**

Within 21 days of the service of this Notice, the creditor must file and serve same on debtor, debtor's counsel and trustee, pursuant to Fed. Bankr. Rule 3002.1(g), a statement indicating whether it agrees that the debtor has paid in full the amount required to cure the default, has paid all outstanding post-petition fees, costs or escrow amounts due, and whether, consistent with §1322(b)(5) of the Bankruptcy Code, the debtor is current on all post-petition payments as of the date of this Notice or be subject to further action of the court including possible sanctions.

To assist in reconciling the claim, a history of payments made by the Trustee is attached to copies of this Notice sent to the Debtor and Creditor.

I certify that the information contained herein is true and correct to the best of my knowledge, information and reasonable belief.

Dated: September 12, 2022 		Respectfully submitted,

/s/Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA  17036
Phone:  (717) 566-6097
Fax:  (717) 566-8313
eMail:  info@pamd13trustee.com

Creditor Name: CARRINGTON MORTGAGE SERVICES, LLC
Court Claim Number: 08

| CLM # | CHECK # | DATE | PRIN PAID | INT PAID | TOTAL DISB |
|---|---|---|---|---|---|
| 5200 | 1219104 | 07/07/2020 | $71.17 | $0.00 | $71.17 |
| 5200 | 1220177 | 08/12/2020 | $49.40 | $0.00 | $49.40 |
| 5200 | 1221217 | 09/17/2020 | $49.41 | $0.00 | $49.41 |
| 5200 | 1222263 | 10/15/2020 | $49.95 | $0.00 | $49.95 |
| 5200 | 1224002 | 12/10/2020 | $99.90 | $0.00 | $99.90 |
| 5200 | 1225804 | 01/19/2021 | $49.96 | $0.00 | $49.96 |
| 5200 | 1226812 | 02/17/2021 | $49.95 | $0.00 | $49.95 |
| 5200 | 1227826 | 03/17/2021 | $49.95 | $0.00 | $49.95 |
| 5200 | 1228853 | 04/15/2021 | $49.95 | $0.00 | $49.95 |
| 5200 | 2000216 | 05/18/2021 | $51.60 | $0.00 | $51.60 |
| 5200 | 2001240 | 06/16/2021 | $51.60 | $0.00 | $51.60 |
| 5200 | 2002217 | 07/14/2021 | $51.60 | $0.00 | $51.60 |
| 5200 | 2003243 | 08/18/2021 | $51.60 | $0.00 | $51.60 |
| 5200 | 2004304 | 09/14/2021 | $51.60 | $0.00 | $51.60 |
| 5200 | 2005299 | 10/14/2021 | $50.12 | $0.00 | $50.12 |
| 5200 | 2006344 | 11/16/2021 | $50.11 | $0.00 | $50.11 |
| 5200 | 2007372 | 12/15/2021 | $50.12 | $0.00 | $50.12 |
| 5200 | 2008389 | 01/19/2022 | $50.12 | $0.00 | $50.12 |
| 5200 | 2009398 | 02/16/2022 | $50.12 | $0.00 | $50.12 |
| 5200 | 2010363 | 03/16/2022 | $50.11 | $0.00 | $50.11 |
| 5200 | 2011387 | 04/12/2022 | $50.12 | $0.00 | $50.12 |
| 5200 | 2012435 | 05/17/2022 | $32.45 | $0.00 | $32.45 |

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

Re:
LYNN L. ROBINSON  Case No.: 1-19-02077-HWV
 Chapter 13
 Debtor(s)

# CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on September 12, 2022, I served a copy of this Notice of Final Cure and History of Payments made on the following parties by 1st Class mail, from Hummelstown, PA unless served electronically.

| | |
|---|---|
| JOHN M HYAMS ESQUIRE<br>2023 N 2ND STREET, SUITE 203<br>HARRISBURG PA, 17102- | SERVED ELECTRONICALLY |
| CARRINGTON MORTGAGE SERVICES, LLC<br>1600 SOUTH DOUGLASS RD<br>ANAHEIM, CA, 92806 | SERVED BY 1ST CLASS MAIL |
| LYNN L. ROBINSON<br>744 N. 2ND ST.<br>STEELTON, PA 17113 | SERVED BY 1ST CLASS MAIL |

I certify under penalty of perjury that the foregoing is true and correct.

Date: September 12, 2022

/s/ Liz Joyce
for Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone: (717) 566-6097
Fax: (717) 566-8313
eMail: info@pamd13trustee.com